# Order

Michigan Supreme Court
Lansing, Michigan

May 4, 2012

144238

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

HAFEZ M. BAZZI,
         Plaintiff-Appellee,

v

ANNE ELIZABETH MACAULAY,
         Defendant-Appellant.

SC: 144238
COA: 299239
Oakland CC: 2009-762325-DP

_____/

      On order of the Court, the application for leave to appeal the November 1, 2011 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address whether, for the reasons stated in the Court of Appeals dissenting opinion or otherwise, the Oakland Circuit Court was obligated to grant summary disposition in favor of the defendant. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2012

_____
Clerk

p0501